**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARSHIE MONROE ALLEN, III,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:20-CV-1886-DMC<br><br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that defendant has been served. See ECF No. 4. Pursuant to Eastern District of California General Order 615, this action is stayed pending filing of the Certified Administrative Record by defendant. Once filed, the stay will be lifted and the Court will set a schedule for the case.

        IT IS SO ORDERED.

Dated: December 22, 2020

                                             DENNIS M. COTA<br>
                                             UNITED STATES MAGISTRATE JUDGE