1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   MARSHIE MONROE ALLEN, III
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9  MARSHIE MONROE ALLEN, III,            Case No.: 2:20-cv-01886-DMC

10         Plaintiff,
                                          STIPULATION FOR FIRST EXTENSION
11         v.                             OF TIME FOR PLAINTIFF TO FILE
                                          OPENING BRIEF
12 KILOLO KIJAKAZI,
   Acting Commissioner of Social Security,
13
           Defendant.
14

15

16     IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days,

18 from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be

19 March 4, 2022.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional

20 time to file his motion for summary judgment due to Plaintiff's counsel's backlog of work and

21 multiple deadlines in other matters.  With the Court's approval, the parties further stipulate that all

22 other dates in the Court's Scheduling Order be extended accordingly.

23     Dated: January 27, 2022              Respectfully submitted,

24

25                                          /s/ *Jared Walker*
                                           Jared T. Walker,
26                                         Attorney for Plaintiff

27

28

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

Dated: January 27, 2022        By:    /s/ *Linda H. Green
                                                       (*authorized by email on 1/27/2022)
                                                       LINDA H. GREEN
                                                       Special Assistant United States Attorney
                                                       Attorneys for Defendant

                                                          ORDER

APPROVED AND SO ORDERED:

   Dated:  January 31, 2022

                                                       DENNIS M. COTA
                                                       UNITED STATES MAGISTRATE JUDGE