```
Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law


Attorney for Plaintiff,
MARSHIE MONROE ALLEN, III
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHIE MONROE ALLEN, III,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 20-cv-01886-DMC<br><br>STIPULATION FOR SECOND EXTENSION OF TIME (21 DAYS) FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended twenty-one (21) days such that Plaintiff's new deadline, with the Court's approval, will be March 25, 2022. This is Plaintiff's second request for an extension of time and is sought based on his counsel needing more time than anticipated to prepare Plaintiff's motion.  Counsel apologizes for the inconvenience this request imposes but has been unable to meet the current briefing schedule in this case due to a lengthy administrative record, which spans over 2,100 pages, and other conflicting deadlines counsel has sole responsibility.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: March 4, 2022                                         Respectfully submitted,


                                                                      /s/ *Jared Walker*
                                                                      Jared T. Walker,
                                                                      Attorney for Plaintiff

SO STIPULATED:

                                                          PHILLIP A. TALBERT
                                                          United States Attorney

Dated: March 7, 2022          By:    /s/ *Linda H. Green*
                                                    (*authorized by email on 3/07/2022)
                                                    LINDA H. GREEN
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

                                                    ORDER

APPROVED AND SO ORDERED:

    Dated:  March 14, 2022

                                                    DENNIS M. COTA
                                                    UNITED STATES MAGISTRATE JUDGE