PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
WILLY LE, GABN 329698
Acting Regional Chief Counsel, Region VI
LINDA H. GREEN, TXBN 08365480
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (214) 767-6154
Email: linda.green@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARSHIE MONROE ALLEN III,<br><br>   Plaintiff,<br><br>   vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:20-cv-01886-DMC<br><br>ORDER AND STIPULATION TO MODIFY SCHEDULING ORDER |

    The parties hereby stipulate and agree, subject to the Court's approval and order, that there is good cause to modify the scheduling order to extend Defendant's time to serve and file a motion for summary judgment or for remand from May 9, 2022, to June 8, 2022, with all other service and filing deadlines extended as stated in the Scheduling Order.  This is Defendant's first extension of time.

    The good cause supporting this stipulation is:  due to Defendant's counsel's surge in current workload, Defendant's counsel requires additional time to fully brief the issues in this matter.  Specifically, the attorney writing Defendant's response brief currently has five briefs due in May 2022 and needs additional time to prepare the response brief in this matter.

Proposed Stipulated Order; 2:20-cv-01886-DMC

1

This request for modification of the current deadlines is made in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, May 20, 2022.

| LAW OFFICE OF JARED T. WALKER, PC | | PHILLIP A. TALBERT, Acting United States Attorney<br>PETER K. THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>WILLY M. LE,<br>Acting Regional Chief Counsel, Region VI |
|---|---|---|
| */s/Jared T. Walker, signature agreed by email 5-2-2022*<br>Jared T. Walker,<br>Attorney for Plaintiff | By: | */s/ Linda H. Green*<br>LINDA H. GREEN,<br>Special Assistant United States Attorney,<br>Attorneys for Defendant |

**SO ORDERED:**

Dated:  May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Proposed Stipulated Order; 2:20-cv-01886-DMC