PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
WILLY LE, GABN 329698
Acting Regional Chief Counsel, Region VI
LINDA H. GREEN, TXBN 08365480
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (214) 767-6154
Email: linda.green@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARSHIE MONROE ALLEN III,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01886-DMC<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

　　　　IT IS STIPULATED by and between Plaintiff, Marshie Monroe Allen III (Plaintiff), and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Acting Commissioner of Social Security for further administrative to correct the issues of error raised in this action.

　　　　Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the evidence of record, consider all of the relevant medical and non-medical evidence in the record, take any further action necessary to develop the record, and issue a new

Proposed Stipulated Order; 2:20-cv-01886-DMC

1

decision regarding Plaintiff's claim of disability for the time period beginning August 9, 2017.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

SO STIPULATED AND AGREED, June 9, 2022.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT, Acting United States Attorney |
|  | PETER K. THOMPSON Acting Regional Chief Counsel, Region IX |
|  | WILLY M. LE, Acting Regional Chief Counsel, Region VI |
| /s/Jared T. Walker | By: /s/ Linda H. Green |
| Jared T. Walker, Attorney for Plaintiff | LINDA H. GREEN, Special Assistant United States Attorney, Attorneys for Defendant |

**SO ORDERED:**

Dated: June 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Proposed Stipulated Order; 2:20-cv-01886-DMC

2